**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Docket No: 0972 1: 17CR00135-009 |
| ) | |
| Zeb Stevens               ) | |
| ) | |

On March 11, 2019 the above-named was sentenced to Supervised Release for a period of 3 years. Supervision commenced on February 26, 2020.

The supervised releasee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

|  |  |
|---|---|
| **Respectfully submitted,** | **Reviewed by,** |
| /s/ Jesus Christian Frausto | /s/ Laura Weigel |
| **Jesus Christian Frausto** | **Laura Weigel** |
| United States Probation Officer | Supervising United States Probation Officer |

Dated:   January 20, 2023
         Modesto, California
         JCF/lr

---

### ORDER OF COURT

Pursuant to the above report, it is ordered that Zeb Stevens be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   **January 20, 2023**                              /s/ Jennifer L. Thurston
                                                          UNITED STATES DISTRICT JUDGE

1

**Re:   Zeb Stevens**
    **Docket Number:   0972/2: 17CR00135-09**
    **<u>Report and Order Terminating Supervised Release</u>**
    **<u>Prior to Original Expiration Date</u>**

Attachment:   Recommendation

cc:   AUSA – Kimberly A. Sanchez
    Supervisee— Zeb Stevens